**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CORNEJO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WASHINGTON MUTUAL BANK, ) <br> F.S.B. a national ) <br> banking corporation; ) <br> ALLIANCE BANCORP, a ) <br> California Corporation; ) <br> QUALITY LOAN SERVICE ) <br> CORP., a California ) <br> Corporation; DOES 1 - 50) <br> inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 09-0028-VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 10, 2009

                                               *Virginia A. Phillips* <br>
                                               VIRGINIA A. PHILLIPS <br>
                                               United States District Judge